# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF SOUTH CAROLINA
# CHARLESTON DIVISION

| | |
|---|---|
| NEKEYA JONES, as Special Administrator of the Estate of D'ANGELO D. BROWN, <br><br> Plaintiff, <br><br> v. <br><br> CHARLESTON COUNTY; CHARLESTON COUNTY SHERIFF'S OFFICE; WELLPATH, LLC; PAUL DRAGO, MD; PRIYA PATEL, MD; WILLIAM MALCOLM; KATHLEEN H. POTTER, NP; ROXANNE SEROHI, NP; TAMISHA JOHNS; CATHY MAZYCK; JAMAL M. SINGLETON; SHANNELL T. MCKELLAR; LAKEESHA M. PALMER; TRENT M. EVANS; and MERETE ENBUSK <br><br> Defendants. | C.A. No.: 6:24-cv-03237-TMC-KFM <br><br><br><br> **PLAINTIFF'S STATUS REPORT REGARDING WELLPATH BANRUPTCY** |

In accordance with ECF#69, the undersigned counsel hereby submits this status update to the Court regarding the bankruptcy proceedings of Wellpath Holdings, Inc. and its affiliated debtors. The Debtors' bankruptcy cases remain pending before the United States Bankruptcy Court for the Southern District of Texas, Houston Division.

We will continue to monitor the bankruptcy proceedings and will provide further updates to this Court.

                                            *s/    James B. Moore, III*
                                            James B. Moore III, Fed. Bar #10844
                                            Scott C. Evans, Fed. Bar #10874
                                            George W. Bryan III, Fed. Bar #13442
                                            Evans Moore, LLC

                    121 Screven Street
                    Georgetown, SC  29440
                    Telephone: (843) 995-5000

***Counsel for the Plaintiff***

March 7, 2025
Georgetown, SC 29440