# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF SOUTH CAROLINA
# CHARLESTON DIVISION

| | |
|---|---|
| NEKEYA JONES, as Special Administrator of the Estate of D'ANGELO D. BROWN, | C.A. No.: 6:24-cv-03237-TMC-KFM |
| Plaintiff, | |
| v. | |
| CHARLESTON COUNTY; CHARLESTON COUNTY SHERIFF'S OFFICE; WELLPATH, LLC; PAUL DRAGO, MD; PRIYA PATEL, MD; WILLIAM MALCOLM; KATHLEEN H. POTTER, NP; ROXANNE SEROHI, NP; TAMISHA JOHNS; CATHY MAZYCK; JAMAL M. SINGLETON; SHANNELL T. MCKELLAR; LAKEESHA M. PALMER; TRENT M. EVANS; and MERETE ENBUSK | PLAINTIFF'S STATUS REPORT REGARDING WELLPATH BANRUPTCY |
| Defendants. | |

In accordance with ECF No. 69, the undersigned counsel hereby submits this status update to the Court regarding the bankruptcy proceedings of Wellpath Holdings, Inc. and its affiliated debtors. Plaintiff is informed that Debtors' bankruptcy case has now concluded. Under the terms of the final Order, Plaintiff understands that the stay may be lifted and that the instant case is to continue as to all individually named Defendants of Wellpath, LLC. Given the existence of excess insurance coverage, Plaintiff also understands that the case will continue as to reorganized Wellpath, LLC to determine the amount of any indemnification owed by the excess insurance carriers. Finally, Plaintiff understands that any judgment for all sums which fall within the self-insured retention of Debtor will be treated as a claim against Debtor's bankruptcy estate.

Plaintiff would further note that the excess policies in existence are aggregate policies which have not yet been triggered, but for which the aggregate limits will apply to all pending claims against Debtor in all states in which it operates. For this reason, Plaintiff would request that the non-expired deadlines in the prior Scheduling Order, ECF No. 34, be reset and can submit a Second Amended Scheduling Order.

<u>s/    Scott C. Evans</u>
Scott C. Evans, Fed. Bar #10874
James B. Moore III, Fed. Bar #10844
George W. Bryan III, Fed. Bar #13442
Evans Moore, LLC
121 Screven Street
Georgetown, SC  29440
Telephone: (843) 995-5000

***Counsel for the Plaintiff***

June 12, 2025
Georgetown, SC 29440