IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

|  |  |  |
|---|---|---|
| NEKEYA JONES, as Special Administrator of the Estate of D'ANGELO D. BROWN, | ) ) ) ) | C.A. No.: 6:24-cv-03237-TMC-KFM |
| **Plaintiff,** | ) ) ) |  |
| v. | ) ) |  |
| CHARLESTON COUNTY; CHARLESTON COUNTY SHERIFF'S OFFICE; WELLPATH, LLC; PAUL DRAGO, MD; PRIYA PATEL, MD; WILLIAM MALCOLM; KATHLEEN H. POTTER, NP; ROXANNE SEROHI, NP; TAMISHA JOHNS; CATHY MAZYCK; JAMAL M. SINGLETON; SHANNELL T. MCKELLAR; LAKEESHA M. PALMER; TRENT M. EVANS; MERETE ENBUSK; and MIKE STANLEY; | ) ) ) ) ) ) ) ) ) ) ) ) | **PLAINTIFF'S EXPERT DISCLOSURES** |
| **Defendants.** | ) ) |  |

Pursuant to the Federal Rules of Civil Procedure, the above-captioned Plaintiff, by and through her undersigned counsel, hereby discloses the following experts:

**David S. Husted, MD**
**Psychiatry of the Palm Beaches**
**3365 Burns Road Suite 203**
**Palm Beach Gardens, FL 33410**

David S. Husted, M.D., is a licensed physician in good standing in the States of Florida, Montana, and North Carolina. Dr. Husted is Board Certified in Psychiatry by the American Board of Psychiatry and Neurology.

Dr. Husted has maintained an active clinical practice in psychiatry continuously throughout the five-year period immediately preceding the filing of this disclosure. His clinical experience and specialized training in psychiatric medicine qualify him to render expert opinions in this matter.

**Dr. Husted will provide expert testimony regarding the liability of the Defendants, including but not limited to the standard of care applicable to medical and mental health providers in a psychiatric setting, deviations from that standard of care, causation, and damages as they relate to the psychiatric and mental health aspects of this case. The specific opinions and bases for those opinions are set forth in detail in Dr. Husted's comprehensive expert report prepared pursuant to Federal Rule of Civil Procedure 26(a)(2)(B), which will be provided directly to counsel for the Defendants.**

**Dr. Husted's testimony will be based upon his clinical experience, his review of relevant medical records and case materials, applicable medical literature, and the standards generally accepted within the psychiatric and mental health community.**

**Edward O'Bryan, III, MD**
**1900 Waterway Blvd**
**Isle of Palms, SC,29451**

**Edward O'Bryan, M.D., is a licensed physician in good standing in the State of South Carolina, holding dual licenses to practice both Internal Medicine and Emergency Medicine. Dr. O'Bryan is Board Certified in Internal Medicine by the American Board of Internal Medicine.**

**Dr. O'Bryan has extensive and current expertise in the diagnosis, treatment, and management of acute and chronic medical conditions. Additionally, Dr. O'Bryan has substantial experience in correctional medicine, having provided medical care to incarcerated populations and possessing specialized knowledge of the unique challenges, standards, and protocols applicable to healthcare delivery in correctional settings. His dual specialty training combined with his background in correctional healthcare uniquely qualifies him to render expert opinions in this matter.**

**Dr. O'Bryan will provide expert testimony regarding the liability of the Defendants, including but not limited to the applicable standard of care for internal medicine and/or emergency medicine practice in correctional settings, deviations from that standard of care, causation, and damages as they relate to the medical aspects of this case. The specific opinions and bases for those opinions are set forth in detail in Dr. O'Bryan's comprehensive expert report prepared pursuant to Federal Rule of Civil Procedure 26(a)(2)(B), which will be provided directly to counsel for the Defendants.**

**Dr. O'Bryan's testimony will be based upon his clinical experience in internal medicine, emergency medicine, and correctional healthcare, his review of relevant medical records and case materials, applicable medical literature, and the standards generally accepted within the medical community and correctional healthcare system.**

Plaintiff expressly reserves the right to call as witnesses at trial, and to elicit expert testimony from, any and all individuals whose testimony may be relevant to the issues in this case

and admissible pursuant to Rules 701 and 702 of the Federal Rules of Evidence. This reservation specifically includes, but is not limited to, any physician, nurse, therapist, counselor, or other healthcare provider who has examined, treated, evaluated, or provided care to the Plaintiff, including those identified in medical records produced during discovery. Plaintiff further reserves the right to call any fact witness identified in discovery responses or disclosed pursuant to Rule 26(a)(1) who possesses specialized knowledge, training, or experience relevant to the issues in this case.

Additionally, Plaintiff reserves the right to present testimony from any non-retained expert witness whose name appears in documents, records, reports, or other materials produced during the course of discovery, including but not limited to authors of medical records, incident reports, investigative reports, coroner reports, policies, procedures, or other documentation. This reservation extends to any current or former employee, agent, consultant, or contractor of the Defendants who may possess expert knowledge or opinions related to the allegations contained herein.

Plaintiff reserves the right to elicit both lay opinion testimony under Rule 701 and expert opinion testimony under Rule 702 from such witnesses to the extent permitted by the Federal Rules of Evidence. This reservation includes the right to present testimony regarding industry standards, professional standards of care, common practices, causation, and any other matters within the scope of the witnesses' knowledge and experience that are relevant to the claims and defenses in this action.

s/ *James B. Moore III*
James B. Moore III, Fed. Bar #10844
Scott C. Evans, Fed. Bar #10874
George W. Bryan III, Fed. Bar #13442
Evans Moore, LLC
121 Screven Street
Georgetown, SC  29440
Telephone: (843) 995-5000

***Counsel for the Plaintiff***

October 9, 2025
Georgetown, SC 29440