IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| | |
|---|---|
| NEKEYA JONES, as Special Administrator of the Estate of D'ANGELO D. BROWN,<br><br>    Plaintiff,<br><br>v.<br><br>CHARLESTON COUNTY, CHARLESTON COUNTY SHERIFF'S OFFICE, WELLPATH, LLC, PAUL DRAGO, MD, PRIYA PATEL, MD, WILLIAM MALCOME, KATHLEEN H. POTTER, NP, ROXANNE SEROHI, NP, TAMISHA JOHNS, CATHY MAZYCK, JAMAL M. SINGELTON, SHANNELL T. MCKELLAR, LAKEESHA M. PALMER, TRENT M. EVANS, and MERETE ENBURSK,<br><br>    Defendants. | C.A. NO: 6:24-CV-003237-TMC-KFM<br><br>NOTICE OF APPEARANCE |

Please take notice that Brittany T. Bihun of the firm Gordon Rees Scully Mansukhani, LLP, 677 King St., Suite 450, Charleston , South Carolina 29403, hereby enters her appearance on behalf of Defendants Roxanne Serohi, NP and Kathleen H. Potter, NP.

Dated: February 18, 2026

GORDON REES SCULLY MANSUKHANI LLP

By   *s/Brittany T. Bihun*
       Brittany T. Bihun (Fed. 12704)
       E-mail: bbihun@grsm.com
       677 King St., Suite 450
       Charleston, South Carolina 29403
       *Attorney for Defendants Roxanne Serohi, NP, and Kathleen Potter, NP*